

## ORDER

The petitioner having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) and to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**Miguel J. BOQUE, Petitioner,**

v.

**DEPARTMENT OF VETERANS AFFAIRS, Respondent.**

No. 2008–3025.

United States Court of Appeals, Federal Circuit.

Nov. 27, 2007.

### ORDER

Order Vacated, See 2008 WL 275882.

The petitioner having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) and to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**Carlos E. GONZALES, Petitioner,**

v.

**DEPARTMENT OF HOMELAND SECURITY, Respondent.**

No. 2008–3027.

United States Court of Appeals, Federal Circuit.

Nov. 27, 2007.

Carlos E. Gonzalez, pro se.

### ORDER

The petitioner having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) within the time permitted by the rules, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**Frances G. BROWN, Petitioner,**

v.

**DEPARTMENT OF the NAVY, Respondent.**

Nos. 2008–3029, 2008–3030.

United States Court of Appeals, Federal Circuit.

Nov. 27, 2007.

Frances G. Brown, pro se.

## ORDER

The petitioner having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) and to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**In re: Paul LEW**

**and**

**Jason Schiers.**

**No. 2007–1196.**

United States Court of Appeals, Federal Circuit.

Nov. 29, 2007.

Dana Andrew Alden, The Alden Law Group, L.L.P., of Oak Brook, IL, for appellants.

Benjamin D.M. Wood, Associate Solicitor, Solicitor's Office, United States Patent and Trademark Office, of Arlington, VA, for appellee. With him on the brief were Stephen Walsh, Acting Solicitor, and Thomas W. Krause, Associate Solicitor.

Before NEWMAN, GAJARSA, and LINN, Circuit Judges.

GAJARSA, Circuit Judge.

Paul Lew and Jason Schiers (collectively "Lew") appeal the decision of the United States Patent and Trademark Office's Board of Patent Appeals and Interferences ("the Board" or "the PTO") sustaining a final rejection of claim 19 of patent application No. 10/658,143 ("the '143 application"). Because we find that the Board's determination was supported by substantial evidence, we *affirm*.